UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Randal G. Soppeland,　　　　　　　　　　　　　　　Civil No. 07-2118 (PAM/AJB)

　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

Michael J. Astrue, Commissioner
of Social Security,

　　　　　　　　Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Arthur J. Boylan. In that R&R, Magistrate Judge Boylan recommended that the Court grant Plaintiff's request for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). The Government has declined to file objections to the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Arthur J. Boylan (Docket No. 34) is **ADOPTED**; and

2. Plaintiff Motion for Attorney's Fees (Docket No. 27) is **GRANTED**, and Plaintiff is awarded attorney's fees and costs in the amount of $10,078.00.

Dated: Wednesday, August 13, 2008

　　　　　　　　　　　　　　　　　　　　　　*s/ Paul A. Magnuson*
　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge